No. 866. In re Clawans. Supreme Court of New Jersey. Certiorari denied. Mr. Justice Brennan took no part in the consideration or decision of this application. *Richard L. Merrick* and *Warren E. Magee* for petitioner.

No. 610, Misc. Johnson *v.* United States. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 782, Misc. Phinney *v.* Murphy, Warden. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Joseph J. Rose,* Assistant Attorney General, for respondent.

No. 802, Misc. Burton *v.* Florida. Supreme Court of Florida. Certiorari denied. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *David U. Tumin,* Assistant Attorney General, for respondent.

No. 828, Misc. Banks *v.* Madigan, Warden. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 818, Misc. Tyler *v.* California. District Court of Appeal of California, First Appellate District. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted. Petitioner *pro se. Stanley Mosk,* Attorney General of California, *Arlo E. Smith,* Chief Assistant Attorney General, and *John S. McInerny* and *Derald E. Granberg,* Deputy Attorneys General, for respondent.